1   DANIEL G. BOGDEN
    United States Attorney
2   District of Nevada

3   BLAINE T. WELSH
    Assistant United States Attorney
4   Nevada Bar. No. 4790
    333 Las Vegas Boulevard South, Suite 5000
5   Las Vegas, Nevada 89101
    Phone: (702)388-6336
6   Facsimile: (702)388-6787
    Email: *Blaine.Welsh@usdoj.gov*
7
    Attorneys for the United States.
8

9                   **UNITED STATES DISTRICT COURT**

10                        **DISTRICT OF NEVADA**

11

12  U. S. COMMODITY FUTURES            )
    TRADING COMMISSION,                )
13                                     )
              Plaintiff,               )
14                                     )
15        v.                           )   Case No.
                                       )
16  CIS COMMODITIES LLC,               )
    ALLEN NICHOLAS WARD,               )
17  TRANS GLOBAL INVESTMENTS, LLC, and )
    CHARLES LEROY TIMBERLAKE,          )
18                                     )
              Defendants.              )
19  _____ )

20        **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEYS**

21        Pursuant to Local Rule IA 10-3, the United States of America respectfully requests that

22  this honorable Court permit Elizabeth N. Pendleton, William P. Janulis, and Rosemary Hollinger

23  to practice before this honorable Court in all matters relating to the above-captioned case.

24        Ms. Pendleton, Mr. Janulis, and Ms. Hollinger are attorneys with the U.S. Commodity

25  Futures Trading Commission, an agency of the federal government.  Ms. Pendleton is a member

26  in good standing of the State Bar of Illinois (Bar No. 6282050).  Mr. Janulis is a member in good

1   standing of the State Bar of Illinois (Bar No. 1326449).  Ms. Hollinger is a member in good

2   standing of the State Bar of Illinois (Bar No. 3123647).

3       The following contact information is provided to the Court:

4   U.S. Commodity Futures Trading Commission
    525 W. Monroe, Suite 1100
5   Chicago, IL 60661
    (312) 596-0700 (Office phone)
6   (312) 596-0714 (Facsimile)

7   Elizabeth N. Pendleton
    (312) 596-0629
8   ependleton@cftc.gov

9   William P. Janulis
    (312) 596-0545
10  wjanulis@cftc.gov

11  Rosemary Hollinger
    (312) 596-0538
12  rhollinger@cftc.gov

13      Accordingly, the United States respectfully requests that an order be issued allowing

14  Elizabeth N. Pendleton, William P. Janulis, and Rosemary Hollinger to practice before this

15  honorable Court.

16      Respectfully submitted this 27th day of June 2011.

17                                  DANIEL G. BOGDEN
                                    United States Attorney
18

19                                  BLAINE T. WELSH
                                    Assistant United States Attorney
20

21

22                                  **IT IS SO ORDERED:**

23

24                                  GEORGE FOLEY, JR.
                                    United States Magistrate Judge
25                                  DATED:   June 30, 2011

26