Elizabeth N. Pendleton
Commodity Futures Trading Commission
Illinois Bar No. 6282050
525 West Monroe Street, Suite 1100
Chicago, Illinois 60661
Phone: (312) 596-0629
Facsimile: (312) 596-0714
Email: ependleton@cftc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| U. S. COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>CIS COMMODITIES LLC, ALLEN NICHOLAS WARD, TRANS GLOBAL INVESTMENTS, LLC and CHARLESLEROY TIMBERLAKE,<br><br>Defendants. | 2:11-cv-1069-GMN-GWF<br><br>**AMENDED ORDER** |

AGREED MOTION TO EXTEND THE STATUTORY RESTRAINING ORDER
AND CONTINUE THE HEARING DATE FOR PLAINTIFF'S MOTION FOR AN
ORDER OF PRELIMINARY INJUNCTION AS TO DEFENDANTS
TRANS GLOBAL AND TIMBERLAKE

Plaintiff U.S. Commodity Futures Trading Commission ("CFTC" or "Commission") and defendants Trans Global Investments, LLC ("Trans Global") and Charles Leroy Timberlake ("Timberlake"), through their counsel, jointly move this Court to: (1) extend the Statutory Restraining Order entered on June 30, 2011 as to defendants Trans Global and Timberlake until August 22, 2011; and (2) continue the hearing date for the Commission's Motion for an Order of

Preliminary Injunction as to defendants Trans Global and Timberlake to August 22, 2011. In further support of this motion, the parties state as follows:

1. On June 29, 2011, the Commission filed a Complaint for Injunctive and Other Equitable Relief and for Civil Monetary Penalties under the Commodity Exchange Act ("Complaint") against defendants CIS Commodities LLC ("CIS"), Allen Nicholas Ward ("Ward"), Trans Global, and Timberlake (collectively "Defendants") seeking injunctive and other equitable relief for violations of the Commodity Exchange Act (the "Act"), as amended by the Food, Conservation and Energy Act of 2008, Pub. L. No. 110-246, Title XIII (the CFTC Reauthorization Act of 2008 ("CRA")), §§ 13101-13204, 122 Stat. 1651 (enacted June 18, 2008) and the Dodd-Frank Wall Street Reform and Consumer Protection Act of 2010, Pub. L. No. 111-203 ("Dodd-Frank Act"), Title VII (the Wall Street Transparency and Accountability Act of 2010), §§701-774, 124 Stat. 1376 (enacted July 21, 2010) to be codified at 7 U.S.C. §§ 1 *et seq.*, and the Commission Regulations ("Regulations") promulgated thereunder, 17 C.F.R. §§ 1.1 *et seq.* (2011).

2. Also on June 29, 2011, the Commission filed a Motion for an Order of Preliminary Injunction [3]. A hearing on that motion is currently scheduled for July 26, 2011.

3. On June 30, 2011, this Court entered a Statutory Restraining Order [9] prohibiting the withdrawal, transfer, removal, dissipation, concealment, or disposition of Defendants' assets, prohibiting the destruction of or prevention of CFTC access to Defendants' books and records, and providing for other relief.

4. The Commission, Trans Global, and Timberlake respectfully request that the Court continue the hearing date on the Commission's Motion for an Order of Preliminary Injunction as to defendants Trans Global and Timberlake until August 22, 2011.

5. Defendants Trans Global and Timberlake, through counsel and without admitting or denying the allegations of the CFTC's Complaint, except as to jurisdiction and venue, which they admit, consent to the extension of the Statutory Restraining Order and state that the consent is entered voluntarily and that no promise or threat has been made by the CFTC or any member, officer, agent or representative thereof, to induce them to consent to this Order.

6. Defendants Timberlake and Trans Global have retained Kevin P. Conway to represent them in this matter. Mr. Conway is a member in good standing with the state bar of New York. His contact information is: 1700 Broadway, 31st Floor, New York, NY 10019; (312) 938-1080; kpc@conway-conway.com. Concurrent with this Agreed Motion to Extend the Statutory Restraining Order ("Agreed Motion"), Mr. Conway plans to file a motion to appear pro hoc vice and waiver of summons on behalf of defendant Timberlake.

7. Timberlake acknowledges receipt of the Complaint and waives formal service of summons. Trans Global acknowledges that it received formal service of summons and the Complaint on June 30, 2011.

WHEREFORE, for the reasons set forth above, Plaintiff U.S. Commodity Futures Trading Commission ("CFTC" or "Commission") and defendants Trans Global Investments, LLC ("Trans Global") and Charles Leroy Timberlake ("Timberlake") jointly move this Court to extend the Statutory Restraining Order entered on June 30, 2011 until August 22, 2011 and to set a hearing on the Commission's Motion for an Order of Preliminary Injunction as to defendants Trans Global and Timberlake for August 22, 2011.

Respectfully submitted,

Charles Leroy Timberlake and
Trans Global Investments LLC

_____
Kevin P. Conway
Attorney for Defendants
1700 Broadway
31st Floor
New York, NY 10019
(312) 938-1080
kpc@conway-conway.com

Dated: 7/25/11

U.S. Commodity Futures Trading Commission

_____
Elizabeth N. Pendleton
Attorney for Plaintiff
525 W. Monroe St., #1100
Chicago, IL 60661
(312) 596-0629
(312) 596-0714 (fax)
ependleton@cftc.gov

Dated: 7/26/11

IT IS HEREBY ORDERED that the hearing on the Commission's Motion for an Order of Preliminary Injunction as to Defendants Trans Global and Timberlake are set for August 22, 2011 at 3:30 p.m. in Courtroom 7D.

**DATED** this 26th day of July, 2011.

_____
Gloria M. Navarro
United States District Judge