**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  2:11-cv-01069-GMN-GWF |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| CIS COMMODITIES LLC, *et al.*, | ) | Defendant's Motion to Compel (#38) |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on Defendant Ward's Motion to Compel (#38), filed on January 6, 2012; Plaintiff U.S. Commodity Futures Trading Commission's Response in Opposition to Defendant Allen Nicholas Ward's Motion to Compel (#41), filed on January 19, 2012; and Defendant's Reply to Plaintiff's Response in Opposition to Defendant's Motion to Compel (#43), filed on January 30, 2012.  The Court conducted a hearing on this matter on February 9, 2012.

Defendant Ward requests the Court order Plaintiff to produce his entire case file pertaining to its investigation of him and CIS Commodities LLC.  Plaintiff, in its Response (#41) and in its representations to the Court, state that it has already produced its entire case file to the Defendant. The Court will not compel Plaintiff to produce documents it has already produced. The Court therefore denies Defendant Ward's Motion to Compel as moot.  Accordingly

**IT IS HEREBY ORDERED** that Defendant Ward's Motion to Compel (#38) is **denied** as moot.

DATED this 9th day of February, 2012.

_George Foley Jr._

_____
GEORGE FOLEY, JR.
United States Magistrate Judge