1
2
3
4
5          **UNITED STATES DISTRICT COURT**

6              **DISTRICT OF NEVADA**

7

8    U.S. COMMODITY FUTURES TRADING        )
     COMMISSION,                           )
9                                          )
                          Plaintiff,       )    Case No.  2:11-cv-01069-GMN-GWF
10                                         )
     vs.                                   )    **ORDER**
11                                         )
     CIS COMMODITIES LLC, *et al.*,        )
12                                         )
                          Defendant.       )
13   _____)

14         This matter is before the Court on the parties' failure to file a joint pretrial order required by

15   LR 26-1(e)(5).  The discovery plan and scheduling order (#28) filed August 30, 2011, required the

16   parties to file a joint pretrial order required by LR 26-1(e)(5) no later than May 30, 2012, or 30 days

17   after a decision on the dispositive motions.  A motion for summary judgment (#52) was decided on

18   May 8, 2013, in which case the date for filing the Joint Pretrial Order was suspended until 30 days

19   after the decision.  There are no further dispositive motions pending.  To date, the parties have not

20   complied.  Accordingly,

21         **IT IS ORDERED** that

22              1.    Counsel for the parties shall file a joint pretrial order which fully complies

23                    with the requirements of LR 16-3 and LR 16-4 no later than **June 24, 2013.**

24                    Failure to timely comply will result in the imposition of sanctions up to and

25                    including a recommendation to the District Judge that the complaint be

26                    dismissed for plaintiff's failure to prosecute.  See Fed. R. Civ. P. 41(b).

27   . . .

28   . . .

1    2.    The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections

2          thereto shall be included in the pretrial order.

3    DATED this 13th day of June, 2013.

4

5    _____

     GEORGE FOLEY, JR.

6    United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28